**Electronically Filed
Supreme Court
SCWC-20-0000457
11-OCT-2022
10:33 AM
Dkt. 7 OGAC**

SCWC-20-0000457

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee

vs.

LOGOVII TALO,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000457; CR. NO. 1PC161000667)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Wilson, and Eddins, JJ., and
Circuit Judge Malinao, in place of Nakayama, J., recused.)

The application for writ of certiorari filed on August 29, 2022, by Petitioner/Defendant-Appellant Logovii Talo is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

IT IS FURTHER ORDERED that each of the parties shall file a supplemental brief by November 4, 2022, not to exceed ten pages in length, addressing whether the imposition of special condition Q was consistent with HRS § 706-624(2) and this

court's holding in <u>State v. Kahawai</u>, 103 Hawaiʻi 462, 83 P.3d 725 (2004).

DATED:    Honolulu, Hawaiʻi, October 11, 2022.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

/s/ Clarissa Y. Malinao

